# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

AUTHOR ANDERSON and SAMELLA §
ANDERSON §
§
§
v. §
§   CIVIL ACTION NO. 3:24-CV-3113-S-BW
CITY OF DESOTO, JOSEPH COSTA, §
RYAN JESIONEK, CRYSTAL §
DEMETRICE PHILLIPS CHISM, ELMA §
ZINE GOODWIN, and JOHN/JANE §
DOES 1-10 §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Defendant Elma Zine Goodwin's Motion to Dismiss [ECF No. 17] is **GRANTED**, and the Court will enter a partial judgment dismissing Plaintiffs' claims against Goodwin with prejudice.

**SO ORDERED.**

SIGNED May 12, 2026.

_____
**UNITED STATES DISTRICT JUDGE**